UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-81306-BB

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

VISITWPB.COM, INC.,

    Defendant.

_____/

**FINAL DEFAULT JUDGMENT AND INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant VisitWPB.Com, Inc. (the "Motion"). *See* ECF No. [20]. For the reasons given in the Court's Order on the Motion, the Motion is **GRANTED IN PART**. The Court now enters a **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiff and against Defendant. Specifically,

(1) Plaintiff shall recover statutory damages for copyright infringement against Defendant in the amount of $54,000.

(2) Prejudgment interest is awarded on the total sum at the annual percentage rate calculated pursuant to 28 U.S.C. § 1961 from September 2015 through the date of this final judgment.

(3) Post-judgment interest is payable on all the above amounts allowable by law from the date this final judgment is entered until the date the final judgment is paid.

(4) The Court orders execution to issue for this final judgment.

Case No. 17-cv-81306-BB

(5) Defendant VISITWPB.COM, INC., their officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise are permanently restrained and enjoined from:

a. directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from either Plaintiff's copyrighted Work identified in paragraphs 11 through 13 of the Complaint (the "Work") or to participate or assist in any such activity; and/or

b. directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted Work or infringing Works as defined in the Complaint.

The Clerk is **DIRECTED** to close this case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of April, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

VisitWPB.com, Inc.
c/o Pedro Penalver, Director of Operations
P.O. Box 4525
West Palm Beach, FL 33402