UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-81306-BB-BER

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

        Plaintiff,

v.

VISITWPB.COM, INC.,

        Defendant.

## MOTION FOR ATTORNEYS' FEES

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP"), by and through its undersigned counsel, and pursuant to the Court's Order [DE 25], hereby files this Motion for Attorneys' Fees, and states as follows:

1. AAP is a prevailing party in this matter by nature of the Final Default Judgment and Injunction it received against Defendant VISITWPB.COM, Inc. [DE 26].

2. Under the Copyright Act, AAP is entitled to its attorneys' fees as part of the costs" of this case. 17 U.S.C. § 505.

3. 17 U.S.C. § 505 gives the district court broad leeway to award fees, "but also established several principles and criteria to guide their decisions." *Kirtsaeng v. John Wiley & Sons, Inc.*, 136 S. Ct. 1979, 1985 (2016)(citing *Fogerty v. Fantasy, Inc*. 510 U.S. 517, 519 (1994)).

4. Among the factors in *Fogerty*, the district court should consider "frivolousness, motivation, objective unreasonableness (both in the factual and in the legal components of the

case) and the need in particular circumstances to advance considerations of compensation and deterrence." *Fogerty*, 510 U.S. at 535, n.19.

5. AAP prevails on each and every factor under *Fogerty* and should be awarded its costs and fees.

6. AAP prevails on the first *Fogerty* factor because its case was not frivolous. AAP was the prevailing party and succeed on each and every one of its claims, as recognized by the Court in awarding a default judgment against the Defendant. [DE 25, 26].

7. AAP prevails on the second *Fogerty* factor because there is no evidence of bad faith motivation in bringing this suit. AAP made numerous attempts to resolve this matter and Defendant refused to participate in the litigation.

8. AAP prevails on the third *Fogerty* factor because the Defendants conduct was objectively unreasonable. The Defendant flouted multiple Court Orders, made improper filings that required AAP to move to strike said filings, refused to obtain counsel or otherwise legitimately participate in the litigation, and continued to use AAP's copyrighted Work even after notice was provided to the Defendant to cease and desist the infringement of AAP's Work.

9. AAP prevails on the fourth *Fogerty* factor because it should be fully compensated for the Defendants infringement and the costs associated with pursuing action against it, and the principle of deterrence should be considered as the Defendants should be punished for their insubordination of the Court.

10. In AAP's Motion for Final Default Judgment against the Defendant, AAP attached the Declaration of Joel B. Rothman, attesting to $4,467.38 in costs and fees that AAP had incurred up to April 3, 2018, and included an attached invoice showing said fees. [Declaration of Joel Rothman, DE 20-2 at ¶ 8].

11.     Since April 3, 2018, AAP has incurred additional fees and costs increasing the total amount to $8,586.88. Attached herein as Exhibit A is a current invoice detailing these additional costs and fees.

12.     Such fees are reasonable, as they were calculated using the *Lodestar* method, and the rates charged are reasonable in this market. [Rothman Decl. at ¶¶ 3-6, and 8].

**WHEREFORE**, Plaintiff Affordable Aerial Photography, Inc. respectfully requests this Motion for Attorneys' Fees be granted, and for an award of its costs and attorneys' fees as prevailing party in the amount of $7,894.

Dated:  June 1, 2018                              Respectfully submitted,

                              */s/ Joel B. Rothman*
                              JOEL B. ROTHMAN
                              Florida Bar Number 98220
                              joel.rothman@sriplaw.com
                              ALEXANDER C. COHEN
                              Florida Bar Number 1002715
                              alex.cohen@sriplaw.com

                              **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
                              4651 North Federal Highway
                              Boca Raton, FL  33431
                              561.404.4350 – Telephone
                              561.404.4353 – Facsimile

                              *Counsel for Plaintiff Affordable Aerial Photography, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 1, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                              */s/ Joel B. Rothman*
                              JOEL B. ROTHMAN

## SERVICE LIST

VISITWPB.COM, INC.
224 Datura Street
Suite 1413
West Palm Beach, FL 33401
Pro Se