## UNITED STATES DISTRICT COURT

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| DEFENDANT(S). | |

☐ State of _____, County of _____

☐ State of _____, County of _____

I, _____ hereby state under penalty of perjury that,

1. Judgment for $_____ was entered on _____ on the docket of the above-entitled action in the U. S. District Court, _____ in favor of _____ as Judgment Creditor, and against _____ as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of _____ are the following sums:
   $_____ accrued interest, computed at _____% *(See note.)*
   $_____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at _____, State of _____, this _____ date of _____, _____.

/s/ Joel B. Rothman
_____
Signature,
Attorney for Judgment Creditor

***** Note:  Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)      **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**