# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF: Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

VISITWPB.COM, INC.
224 Datura Street
Suite 1413
West Palm Beach, FL 33401

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $54,000.00 | and |

in the United States District Court for the  Southern  District of  Florida ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

VISITWPB.COM, INC.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE 400 North Miami Avenue | DISTRICT Southern District of Florida |
|---|---|
| CITY Miami | DATE 12/11/2018 |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 12/11/2018 | Steven M. Larimore |
| | (BY) DEPUTY CLERK |
| | *Lisa J. Streets* |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

Print    Reset Form