February 14, 2019

**VIA MAIL**

**To: Angela E. Noble, Clerk of United States District Court Southern District of Florida**
U.S. Federal Building and Courthouse
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301

**CC: SRIPLAW, PLLC**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433



FILED BY _____ D.C.

FEB 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Re: WRIT OF GARNISHMENT**
United States District Court Southern District of Florida
Case No. 9:17-cv-81306

## ANSWER TO WRIT OF GARNISHMENT

filed by Lisa J. Streets, Deputy Clerk of United States District Court Southern District of
Florida
**Case No. 9:17-cv-81306**

Dear Clerk of Court,

Further to the received writ of garnishment and in the term, specified in it, SG Hosting Inc.
serves the answer to the writ, received on 4th of February 2019 via email.

We reviewed the writ very carefully and we would like to inform you the following:

1.  SG Hosting Inc. is not indebted to VISITWPB.COM, INC. and does not have any
    accounts, deposits, tangible or intangible personal property belonging to
    VISITWPB.COM, INC. in its possession or control.

2.  The domain VISITWPB.COM is hosted by SG Hosting Inc. The hosting account
    where the domain VISITWPB.COM is located is not owned by VISITWPB.COM,
    INC. The account owner is another company.

3.  The domain VISITWPB.COM is not registered through SG Hosting Inc. and the
    information published in WHOIS is not publicly accessible which means that SG
    Hosting Inc. is not aware who the domain owner is.

SG Hosting Inc. is always ready to cooperate. Please do not hesitate to contact us if you have
any further questions or in case you need additional information.

We remain at your disposal.

Kind regards,
Milena Stefanova
Director of SG Hosting Inc.



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.