## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., | CASE NO. 9:17-cv-81306 |
| Plaintiff, | |
| v. | |
| VISITWPB.COM, INC., | |
| Defendant. | |



FILED BY ___LS___ D.C.

*Mar 7, 2019*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

### WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the garnishee, **NORTHPOINT PRINTING LLC, 400 NORTHPOINT PARKWAY, 200, WEST PALM BEACH, Florida, 33407**, to serve an answer to this writ on SRIPLAW, plaintiff's attorney, whose address is, 21301 Powerline Road, Suite 100, Boca Raton, FL 33433 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, VISITWPB.COM, INC., at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and **intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ**, including but not limited to https://www.visitwpb.com/, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the tangible and intangible property of the defendant, including but not limited to https://www.visitwpb.com/. The amount set in plaintiff's motion is $54,000.00.

Angela E. Noble

*CLERK OF COURT*

Date:
Mar 7, 2019

Lisa J. Streets

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**

This writ of garnishment to , Garnishee was served by me:

☐ I personally served the Writ of Garnishment on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the Writ of Garnishment at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the Writ of Garnishment on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ Other
  *(specify):*

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2