UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81306

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

VISITWPB.COM, INC.,

    Defendant.

## MOTION FOR APPLICATION FOR WRIT OF GARNISHMENT

The Judgment Creditor, AFFORDABLE AERIAL PHOTOGRAPHY, INC., by and through undersigned counsel, hereby makes application to the Clerk of the United States District Court to issue Writs of Garnishment in the above-referenced case to ADROLL, INC. and GOOGLE LLC, attached hereto, to satisfy a judgment against the judgment debtor(s) herein, VISITWPB.COM, INC., for $54,000.00, plus accrued pre-judgment interest calculated pursuant to 28 U.S.C. § 1961 from September 2015 through April 23, 2018, plus post-judgment interest at the statutory rate from April 23, 2018 to date, plus costs formally taxed by the Clerk or the Court. The total amount of payments made by judgment debtor(s) on this judgment is $0. The balance of the judgment remains unsatisfied.

DATED: March 8, 2019                    Respectfully submitted,

                                                */s/ Joel B. Rothman*
                                                JOEL B. ROTHMAN
                                                Florida Bar No. 98220
                                                joel.rothman@sriplaw.com
                                                ANA P. MORETTO

**SRIPLAW**
21301 POWERLINE RD., STE. 100, BOCA RATON, FL 33433

        Florida Bar No. 126347
        ana.moretto@sriplaw.com
        ALEXANDER C. COHEN
        Florida Bar No. 1002715
        alex.cohen@sriplaw.com
        **SRIPLAW**
        21301 Powerline Road, Suite 100
        Boca Raton, Florida  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile
        *Attorneys for Judgment Creditor*
        *Affordable Aerial Photography, Inc.*