**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.  9:17-cv-81306-BB**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

          Plaintiff,

v.

VISITWPB.COM, INC.,

          Defendant.

_____

**AFFORDABLE AERIAL PHOTOGRAPHY, INC'S REPLY AND OBJECTION TO SG HOSTING INC.'S ANSWER TO WRIT OF GARNISHMENT**

The Judgment Creditor, AFFORDABLE AERIAL PHOTOGRAPHY, INC., by and through undersigned counsel, pursuant to Fla. Stat. § 77.061, hereby files this Reply and Objection to Garnishee SG Hosting Inc.'s Answer to Writ of Garnishment, and in support thereof states as follows:

1.      On February 4, 2019, the Judgment Creditor served the Writ of Garnishment upon the Garnishee. The Writ of Garnishment is in the amount of $54,000, as to Defendant, VISITWPB.COM and is direct to any tangible and intangible property controlled by the Garnishee of, or indebtedness of Garnishee to VISITWPB.COM.

2.      The Garnishee filed an Answer to the Writ of Garnishment on February 22, 2019 [DE 35]. The Answer indicates that "[t]he domain VISITWPB.COM is hosted by SG Hosting Inc."

**SRIPLAW**
21301 POWERLINE RD., STE. 100, BOCA RATON, FL  33433

3.      The Answer further states that "[t]he hosting account where the domain VISITWPB.COM is located is not owned by VISITWPB.COM, INC. The account owner is another company."

4.      Contrary to the clear language of Fla. Stat. 77.06, the Garnishee failed to report in its Answer the names and addresses of the persons or entities having or appearing to have an ownership interest in the involved property. The Garnishee did not provide the names and addresses of the account owner of this "other company."

5.      Accordingly, because the Answer does not delineate the nature of the ownership of the involved property, the Judgment Creditor disputes the allegations of the Garnishee's Answer.

DATED: March 14, 2019                     Respectfully submitted,


                                          /s/  Ana P. Moretto
                                          JOEL B. ROTHMAN
                                          Florida Bar No. 98220
                                          joel.rothman@sriplaw.com
                                          ANA P. MORETTO
                                          Florida Bar No. 126347
                                          ana.moretto@sriplaw.com
                                          ALEXANDER C. COHEN
                                          Florida Bar No. 1002715
                                          alex.cohen@sriplaw.com

                                          **SRIPLAW**
                                          21301 Powerline Road, Suite 100
                                          Boca Raton, Florida  33433
                                          561.404.4350 – Telephone
                                          561.404.4353 – Facsimile
                                          *Attorneys for Judgment Creditor*
                                          *Affordable Aerial Photography, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 14, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Ana P. Moretto*
ANA P. MORETTO

## SERVICE LIST

MILENA STEFANOVA
compliance@siteground.com
**SG Hosting Inc.**
901 North Pitt Street, Suite 170
Alexandria, Virginia 22314

**SRIPLAW**
21301 POWERLINE RD., STE. 100, BOCA RATON, FL 33433