# PEDRO PENALVER

561.856.6075
pjpnaver@gmail.com

---

To:
Clerk of Court
Angela E Noble
ANGELA E NOBLE
Clerk US Dist. CT
S. D. of Fla – Fort Lauderdale

To: Schneider Rothman Intellectual
Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33461

FILED BY _____ D.C.
APR 26 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

I have just received a civil judgment with consequences of a writ of garnishment for my wages being garnished or a website domain that I own being taken from me.

My apologies for being able to respond to this letter before as I never received a copy of it until Thursday April 25, 2019. It seems to have been sent to the office address which I don't have anymore.

Regarding this garnishment, it caused me undue hardship, to the point that I had to close the company which was my only source of income. I tried to explain to that I never used the photo that was being discussed purposefully and that it must have been instead embedded from a YouTube video by the writer, nor that we I never sold any photo like they claimed. Never listened to my response to me when they called on the phone.

The legal fees were too high for me to afford and would have affected my decent income, adding more expenses to me, my family, and my dependents, altering how we could have met our basic daily needs.

This unexpected hardship made me take the undesirable decision to close the company that was my only source of income for me and my family.

For these reasons I am claiming you to consider my claim for exception regarding this garnishment order I have received.

Sincerely,

Pedro Penalver

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., | CASE NO. 9:17-cv-81306 |
| Plaintiff, | |
| v. | |
| VISITWPB.COM, INC., | |
| Defendant. | |

FILED BY ___LS___ D.C.
Jan 31, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the garnishee, **PMANDCO, LLC, 224 DATURA STREET, SUITE 1413, WEST PALM BEACH, FLORIDA 33401**, to serve an answer to this writ on SRIPLAW, PLLC, plaintiff's attorney, whose address is, 21301 Powerline Road, Suite 100, Boca Raton, FL 33433 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, VISITWPB.COM, INC., at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and **intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ**, including but not limited to https://www.visitwpb.com/, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the tangible and intangible property of the defendant, including but not limited to https://www.visitwpb.com/. The amount set in plaintiff's motion is $54,000.00.

CLERK OF COURT

**Angela E. Noble**

Date:
Jan 31, 2019

**Lisa J. Streets**

Signature of Clerk or Deputy Clerk

**PROOF OF SERVICE**

This writ of garnishment to , Garnishee was served by me:

☐ I personally served the Writ of Garnishment on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the Writ of Garnishment at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides _____ on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the Writ of Garnishment on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ Other

(specify):

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-cv-81306

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

        Plaintiff,

v.

VISITWPB.COM, INC.,

        Defendant.

## INTERROGATORIES TO GARNISHEE PMANDCO, LLC

1. Prior to the service of the writ of garnishment, did PMANDCO, LLC have any funds or property belonging to the Judgment Debtor? If so, what is the disposition of the funds or property prior to the service of the writ of garnishment (i.e. were the funds or property transferred to a third party, the date of the transfer, and the institution and account numbers of the receipt of transfer)?

        I swear/affirm under the penalty of perjury that I have read the foregoing interrogatories and the answers given hereto are true and correct to the best of my knowledge and belief, and that no information has been withheld.

_____
Signature of Garnishee

Dated: March 6, 2019

/s/ Ana P. Moretto
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANA P. MORETTO
Florida Bar Number: 126347
ana.moretto@sriplaw.com
ALEXANDER C. COHEN
Florida Bar Number: 1002715
alex.cohen@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Affordable Aerial Photography, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-cv-81306

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

VISITWPB.COM, INC.,

    Defendant.

## REQUEST FOR PRODUCTION TO GARNISHEE PMANDCO, LLC

1.    All documents that refer or relate to any property, money or other effects of the Judgment Debtor in your possession or control prior to the service of the writ of garnishment.

2.    All documents that refer or relate to the funds on deposit by the Judgment Debtor with PMANDCO, LLC prior to the service of the writ of garnishment.

3.    All documents that refer or relate to the transfer of any funds of the Judgment Debtor to any third party prior to the service of the writ of garnishment.

4.    All documents that refer or relate to the accounts of the Judgment Debtor with Jayme Lam prior to the service of the writ of garnishment.

5.    All documents that refer or relate to any accounts held by any aliases of the Judgment Debtor prior to the service of the writ of garnishment.

Dated: March 6, 2019

                                          */s/ Ana P. Moretto*
                                          JOEL B. ROTHMAN
                                          Florida Bar Number: 98220
                                          joel.rothman@sriplaw.com
                                          ANA P. MORETTO
                                          Florida Bar Number: 126347
                                          ana.moretto@sriplaw.com
                                          ALEXANDER C. COHEN
                                          Florida Bar Number: 1002715
                                          alex.cohen@sriplaw.com

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Affordable Aerial Photography, Inc.*