UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-cv-81306-BB

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

VISITWPB.COM, INC.,

    Defendant.

_____

# AFFORDABLE AERIAL PHOTOGRAPHY, INC'S REPLY AND MOTION TO STRIKE PMANDCO, LLC'S ANSWER TO WRIT OF GARNISHMENT

Plaintiff/Judgment Creditor, AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("Plaintiff" or "Judgment Creditor"), by and through undersigned counsel, and pursuant to Fla. Stat. § 77.061, hereby files this Reply and Motion to Strike the Answer to Writ of Garnishment filed by Mr. Pedro Penalver, corporate representative of Garnishee, PMANDCO, LLC, and in support thereof states as follows:

1. This case arises from a copyright infringement action filed by Plaintiff, Affordable Aerial Photography, Inc., against Defendant/Judgment Debtor, VISITWPB.COM, INC. ("Defendant" or "Judgment Debtor"), on November 29, 2017, for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106. ECF No. [1].

2. Since the inception of this case, Plaintiff/Judgment Creditor's attempts to serve legal process on Defendant/Judgment Debtor have been thwarted and evaded by VisitWPB.com.

3. Between December 1, 2017 and January 13, 2018, service was attempted seven (7) times at seven (7) different addresses – three (3) of which were the only addresses on file with the Florida Department of State, Division of Corporations Division. *See* ECF No. [7].

4. Service was finally effectuated on January 13, 2018, at the private residence of one of the managing partners of the company, *see* ECF No. [7], because the Defendant/Judgment Debtor either failed to properly update its address with the Florida Department of State, or did not accept service at the proper address.

5. Accordingly, the deadline for Defendant to respond to Plaintiff's Complaint was February 5, 2018. ECF No. [7].

6. After Defendant failed to answer or otherwise respond to the Complaint, the Court ordered Defendant to file a response by February 13, 2018. *See* ECF No. [8].

7. On February 13, 2018, Penalver filed a document with the Court on behalf of Defendant, and also sent that document to Plaintiff's counsel. ECF No. [9].

8. Plaintiff filed a Motion to Strike the document filed by Penalver as an unauthorized pleading by a corporate defendant. ECF No. [11]; *see also* **"Exhibit 1"** attached hereto. This document is written on VisitWPB letterhead with a return address of "Datura St, Suite 1413, West Palm Beach, FL, 33401." *Id.*

9. This Court granted Plaintiff's Motion to Strike pursuant to the rule "that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." ECF No. [15] (quoting *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

10. The Court ordered Defendant to have an attorney file an appearance on its behalf by March 16, 2018 or a default may be entered. ECF No. [15].

11. On March 8, 2018, Defendant again filed a document with the Court, written on VisitWPB letterhead, with a return address of "Datura St, Suite 1413, West Palm Beach, FL 33401." ECF No. [16].

12. Defendant explained that "[w]e do not see the value of the alleged copyright infringement . . . to be above $5,000 . . . ." *Id.*

13. On March 20, 2018, this Court struck the above-referenced letter, and directed the Clerk to enter a default against Defendant. ECF No. [18].

14. On April 23, 2018, the Court granted in part and denied in part Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant, VisitWPB.Com, Inc., finding that Plaintiff is entitled to $54,000 in statutory damages ECF Nos. [25-26].

15. On July 5, 2018, this Court entered a Final Judgment, pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff and against Defendant, for $7,894 in attorneys' fees pursuant to 17 U.S.C. § 505. ECF No. [30].

16. On January 31, 2019, a post-judgment Writ of Garnishment was issued as to PMANDCO, LLC. ECF No. [34].

17. According to the Florida Department of State, Division of Corporations public records, PMANDCO, LLC is the Registered Agent for Defendant/Judgment Debtor, VISITWPB.COM, INC.

18. Plaintiff/Judgment Creditor denies all allegations contained in the unauthorized document filed by Penalver.

19. Penalver, on behalf of himself and Defendant/Judgment Debtor, states that the garnishment caused him undue hardship, to the point where he had to close the company which was his only source of income. ECF No. [45 ¶ 3].

20. Contrary to the statements asserted in the document filed by Penalver, Defendant/Judgment Debtor has been in continuous operation since the filing of this lawsuit, the dissolution of VISITWPB.COM, INC. on April 12, 2019, and the filing of Penalver's purported "Answer to Writ of Garnishment" on April 29, 2019.

21. On April 12, 2019, Penalver established a new Florida limited liability company, WPB MEDIA GROUP, with the same principal address located at 224 Datura Street that Penalver claims is no longer affiliated with PMANDCO. *See* **"Exhibit 2"** attached hereto.

22. Penalver goes on to assert that "[t]he legal fees were too high for me to afford." ECF No. [45 ¶ 4].

23. However, Penalver did not incur any legal fees whatsoever. This is so because Defendant/Judgment Debtor did not enter an appearance in the underlying action.

24. Penalver continues to state that "[t]his unexpected hardship made me take the undesirable decision to close the company that was my only source of income for me and my family." ECF No. [45 ¶ 5].

25. Penalver's statements are curious indeed, particularly where he previously valued the infringement claims at no more than $5,000 and therefore did not see the need to retain an attorney, nor did he close the company. *See* ECF No. [16].

26. As of the date of this Motion, www.wpbmagazine.com, is still live and fully functional.

27. The website located at the URL, www.wpbmagazine.com, is where the original copyright infringement occurred. ECF No. [1-2].

28. Judgment Debtor recently published its Spring 2019 Issue #18 on April 3, 2019, which retails for $7.99 on newsstands. *See generally* **"Exhibit 3"** attached hereto. This latest

issue is filled with advertisements for luxury brands such as Calvin Klein, Michael Kors, rag & bone, Estee Lauder, Celine, Guess, Banyan Cay Resort & Golf, and Sandals. *See id.*

29.   The magazine masthead indicates that the writer associated with the infringement, Sandra Schulman, ECF No. [1-2], ECF No. [45 ¶ 3], is still part of the Editorial Team and is a Senior Writer for Defendant/Judgment Debtor. *See* Ex. 3, p. 11.

30.   VisitWPB has not closed its doors, but rather, continues to operate a seemingly lucrative business at the URL, www.wpbmagazine.com, as is evident from the Spring 2019 Issue #18.

31.   Lastly, Penalver is not an attorney and does not appear in the Southern District of Florida's CM/ECF Attorney Database.

32.   The document filed by Penalver should be stricken because PMANDCO, LLC is a Florida limited liability company and as such, is required to be represented by licensed counsel and cannot be represented *pro se* by a corporate representative. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Dated this 16th day of May 2019.        Respectfully submitted,

/s/ Ana P. Moretto
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
ANA P. MORETTO
Florida Bar No. 126347
ana.moretto@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, Florida  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff/Judgment Creditor
Affordable Aerial Photography, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 16, 2019, a true and correct copy of the foregoing document was filed using the Court's CM/ECF System and served by first class mail and electronic mail to all parties listed below on the Service List.

*/s/ Ana P. Moretto*
ANA P. MORETTO

## SERVICE LIST

**PMANDCO, LLC**
c/o Registered Agent
PEDRO PENALVER
pjpnaver@gmail.com
441 Dionne Drive
West Palm Beach, Florida 33406
561.856.6075