UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-81306-BLOOM

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

VISITWPB.COM, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff/Judgment Creditor Affordable Aerial Photography, Inc.'s ("Plaintiff") Reply and Motion to Strike Pmandco, LLC's Answer to Writ of Garnishment, ECF No. [48]. The Court has reviewed the Motion, the record and is otherwise fully advised.

On January 31, 2019, a post-judgment Writ of Garnishment was issued as to Pmandco, LLC. ECF No. [34]. On April 26, 2019, Pedro Panalver ("Penalver"), acting *pro se* and on behalf of Pmandco, LLC, filed an Answer to the Writ of Garnishment, ECF No. [45] (the "Filing"). Mr. Penalver, however, is not an attorney. On May 16, 2019, Plaintiff filed the instant Motion, seeking to strike the Filing as an unauthorized filing by a corporate defendant. *See* ECF No. [48]. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). The Court has warned the Defendant that it may not proceed *pro se* in this action. *See* ECF No. [15]. Thus, the Court agrees with the Plaintiff that the Filing was improper and is due to be stricken.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [48]**, is **GRANTED**.

2. The Filing, **ECF No. [45]**, is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

VisitWPB.com, Inc.
c/o Pedro Penalver, Director of Operations
P.O. Box 4525
West Palm Beach, FL 33402