UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81306

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

      Plaintiff,

v.

VISITWPB.COM, INC.,

      Defendant.

## APPLICATION FOR WRIT OF GARNISHMENT

The Judgment Creditor, AFFORDABLE AERIAL PHOTOGRAPHY, INC., by and through undersigned counsel, hereby makes application to the Clerk of the United States District Court to issue Writs of Garnishment in the above-referenced case to **PEDRO PENALVER A/K/A PEDRO JESUS PENALVER MADAN** attached hereto, to satisfy a judgment against the judgment debtor(s) herein, VISITWPB.COM, INC., for $54,000.00, plus accrued pre-judgment interest calculated pursuant to 28 U.S.C. § 1961 from September 2015 through April 23, 2018, plus post-judgment interest at the statutory rate from April 23, 2018 to date, plus costs formally taxed by the Clerk or the Court. The total amount of payments made by judgment debtor(s) on this judgment is $0. The balance of the judgment remains unsatisfied.

DATED: February 26, 2020          Respectfully submitted,

                                    */s/ Joel B. Rothman*
                                    JOEL B. ROTHMAN
                                    Florida Bar No. 98220
                                    joel.rothman@sriplaw.com
                                    **SRIPLAW**

21301 Powerline Road, Suite 100
Boca Raton, Florida  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Judgment Creditor*
*Affordable Aerial Photography, Inc.*