Majestic Process, 1008 North Lakeside Drive, Lake Worth, Florida 33460  Tel: 561 533-0330

## RETURN OF SERVICE

Case no.: 9:17 cv 81306          Court: United States District, Southern Florida

Plaintiff: AFFORDABLE AERIAL PHOTOGRAPHY, INC.

Defendant: VISITWPB.COM, INC.

Hearing Date: 20 days
Writ: Writ of Garnishment, Interrogatories, Request to Produce
For: Joel B Rothman, Esq.
     SRIPLaw Group PLLC

TO BE SERVED ON:    PEDRO PENALVER a/k/a PEDRO JESUS PENALVER MADAN
                    411 Dionne Drive, West Palm Beach, Fl  33406

I received this process on March 22, 2020 at 1;00 p.m.

I executed service on March 23, 2020 at 1:55 p.m.
I delivered a copy of this process in accordance with state statutes in the manner below:


XX____INDIVIDUAL SERVICE


DESCRIPTION: Hispanic male, 52 years, approx 5'8", 280, glasses
COMMENTS: I told Mr. Penalver that I was serving him a writ of garnishment in the above case but because of Covid 19 I did not want to hand it directly to him but was putting it in a clear plastic bag and leaving it on the table by the front door. He then picked it right up. In driveway: HHT IM35FB, Hyundai 915PAM


I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

Laurie Witkin
Process Server #576 in good standing, 15th Circuit Court, Palm Beach County, Florida