UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-81306-BB

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

        Plaintiff,

v.

VISITWPB.COM, INC. AND PEDRO J.
PENALVER,

        Defendants.

## MOTION FOR ENTRY OF CLERK'S DEFAULT ON WRIT OF GARNISHMENT

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC., by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against garnishee PEDRO PENALVER ("Penalver") hereto on the ground that Penalver has failed to respond to the **Writ of Garnishment** served upon him [DE 51] within twenty (20) day after service as prescribed by § 77.04, Fla. Stat. The Declaration of JOEL B. ROTHMAN in Support of Motion for Entry of Clerk's Default ("Rothman Decl.") filed concurrently herewith demonstrates that on March 23, 2020, Penalver was served with the Writ of Garnishment by personal service by serving the garnishee PEDRO PENALVER aka PEDRO JESUS PENALVER MADAN at 441 Dionne Drive, West Palm Beach, Florida, 33406.  The time allowed by § 77.04, Fla. Stat. for the garnishee to respond to the Writ of Garnishment has expired, and § 77.081 provides that "if the garnishee  fails to answer as required, a default shall be entered against him or her."  Neither Plaintiff nor the Court has granted garnishee an extension of time to respond to the Writ of

Garnishment.  Garnishee has failed to answer or otherwise respond to the Writ of Garnishment, or serve a copy of any answer or other response upon Plaintiff's attorney of record.

On April 14, 2020, this Court issued an Order directing Penalver to respond to the Writ of Garnishment by April 21, 2020, and directing AAP to send a copy of that Order to Penalver. [DE 53].  On April 15, 2020, AAP sent a copy of the April 14, 2020 Order to Penalver via U.S. Mail to 441 Dionne Drive, West Palm Beach, Florida, 33406 and to 224 Datura Street, Suite 1413, West Palm Beach, Florida, 33401, and on April 16, 2020, AAP sent a copy of the Order via email to pedro@visitwpb.com.  Attached hereto as Exhibit 1 is the Certificate of Service filed with the Court on April 16, 2020 at Docket Entry 54.

Plaintiff is informed and believes that Penalver is not considered an infant or incompetent person.  Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Affordable Aerial Photography, Inc. requests that a default be entered by the Clerk against Garnishee PEDRO PENALVER and for such other and further relief as to the Court deems just and proper in the premises.

Dated:  April 28, 2020                      Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone

561.404.4353 – Facsimile

*Attorneys for Plaintiff Affordable Aerial Photography, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 28, 2020, a true and correct copy of the foregoing document was served by to all parties listed below on the Service List by the method indicated.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

| | |
|---|---|
| VISITWPB.COM, INC.<br>224 Datura Street<br>Suite 1413<br>West Palm Beach, FL 33401<br>Pro Se<br>pedro@visitwpb.com | Pedro J. Penalver<br>441 Dionne Drive<br>West Palm Beach, FL 33406<br>pedro.penalver@yahoo.com;<br>pedro@visitwpb.com<br>Pro SePEDRO PENALVER<br>441 Dionne Drive<br>West Palm Beach, Florida, 33406<br>*By U.S. Mail*<br><br>and<br><br>224 Datura Street, Suite 1413<br>West Palm Beach, Florida, 33401<br>*By U.S. Mail* |